UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   EDCV-14-1548-R                                          Date: FEBRUARY 6, 2015

Title:     CECIL SHAW -V.- LCOS LLC, et al.
=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>Christine Chung</u>                                    <u>None Present</u>
Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**Pursuant to the parties' Stipulation For Dismissal of Action filed February 4, 2015 [21], all dates are hereby vacated and off calendar, and the Clerk's Office is directed to close this case (JS-6).**

**IT IS SO ORDERED.**


MINUTES FORM 11                                    Initials of Deputy Clerk ___cch___
CIVIL -- GEN